| | |
|---|---|
| 1  William S. Klein, Esq. (SBN 121792) | |
|    Robert A. Christopher, Esq. (SBN 89035) | |
| 2  Jack I. Siegal, Esq. (SBN 218088) | |
|    HOPKINS & CARLEY | *E-FILED 5/4/06* |
| 3  A Law Corporation | |
|    The Letitia Building | |
| 4  70 South First Street | |
|    San Jose, CA 95113-2406 | |
| 5  jsiegal@hopkinscarley.com | |

6  *mailing address:*
   P.O. Box 1469
7  San Jose, CA 95109-1469
   Telephone:   (408) 286-9800
8  Facsimile:   (408) 998-4790

9  Attorneys for Plaintiff
   GLASFORMS, INC., a California corporation
10

11  J. Michael Fitzsimmons, Esq. (SBN 132343)
    Lisa Jeong Cummins, Esq. (SBN 118087)
    CAMPBELL, WARBURTON, FITZSIMMONS,
12  SMITH, MENDELL & PASTORE
    111 W. St. John Street, Suite 440
13  San Jose, CA 95113
    (408) 295-7701
14  (408) 295-1423 FAX

15  Attorneys by Special Appearance for Defendant
    CTG INTERNATIONAL INC.
16

17                    UNITED STATES DISTRICT COURT

18              NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

19

| | | |
|---|---|---|
| 20 | GLASFORMS, INC., a California corporation, | ) CASE NO.   C 06-00213 RS |
| 21 | | ) |
| | Plaintiff, | ) **STIPULATION TO EXTEND** |
| 22 | | ) **ADR DEADLINES AND TO** |
| | v. | ) **CONTINUE DATE OF INITIAL** |
| 23 | | ) **CASE MANAGEMENT** |
| | CTG INTERNATIONAL (NORTH | ) **CONFERENCE; ORDER** |
| 24 | AMERICA) INC., an Indiana Corporation; TAISHAN | ) **THEREON** |
| | | ) MODIFIED BY THE COURT |
| 25 | FIBERGLASS, INC., a corporation organized under the laws of the | ) [Civil L.R. 6-1(b), 6-2, 7-12, 16-2(e)] |
| | Republic of China, | ) |
| 26 | | ) |
| | | ) |
| 27 | Defendants. | ) |
| | _____ | ) |
| 28 | | ) |

Stipulation to Extend ADR Deadlines
Case No. C 06-00213 RS

IT IS HEREBY STIPULATED, by and between plaintiff GLASFORMS, INC. and defendant CTG INTERNATIONAL INC., through their respective counsel, and subject to Court approval, that the Case Schedule dates be modified as follows:

| Event | Date Set | New Date |
|---|---|---|
| Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br><br>• file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference | 5/3/2006 | 5/10/2006 |
| Last day to complete initial disclosures or state objection in Rule 26(f) Report, file Case Management Statement and file/serve Rule 26(f) Report | 5/17/2006 | 5/24/2006 |
| CASE MANAGEMENT CONFERENCE (CMC) in Courtroom 4, 5th Floor, SJ at 2:30 PM | 5/24/2006 | 6/14/2006 |

1. The reason for the extension request is that new defense counsel for CTG INTERNATIONAL INC. (Campbell, Warburton, et al.) have just recently received the case file. Additional time is required for them to sufficiently familiarize themselves with the case in order to participate meaningfully in the above-listed events.

2. There have been no previous time modifications in the case, whether by stipulation or Court Order.

3. The requested time modification would delay the first two events by one week. The CMC would be continued 3 weeks in order to accommodate Plaintiff's counsel's schedule.

4. Plaintiff and defense counsel have met and conferred regarding the requested case schedule modification. The modification is not opposed by any party hereto.

1  IT IS RESPECTFULLY REQUESTED that the Court order the Case Schedule modification
2  set forth above based upon this Stipulation of the parties.

4  Dated: May 3, 2006                    HOPKINS & CARLEY

5                                         By:_____/s/_____
                                              Jack I. Siegal, Esq.
6                                             Attorneys for Plaintiff
                                              GLASFORMS, INC.

9  Dated: May 3, 2006                    CAMPBELL, WARBURTON, FITZSIMMONS,
                                          SMITH, MENDELL & PASTORE

12                                        By:_____/s/_____
                                              Lisa Jeong Cummins, Esq.
                                              Attorneys for Defendant
13                                            CTG INTERNATIONAL INC.

**ORDER**

19  PURSUANT TO STIPULATION, IT IS SO ORDERED.  The parties are further ordered to file a consent or declination to the jurisdiction of the magistrate judge no later than May 24, 2006.

21  Dated: May 4, 2006

                                          _____
                                          Richard Seeborg
                                          UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| CASE NAME: | Glasforms, Inc. v. CTG International Inc., et al. |
| COURT & CASE NO.: | U.S. District Court, Northern District of California, San Jose Division<br>Case No. C 06-00213 RS |

## PROOF OF SERVICE

I am a citizen of the United States and a citizen of the Santa Clara County. I am over the age of eighteen years and not a party to the within action. My business address is 111 W. St. John, Suite 440, San Jose, California, 95113. On the date set forth below I served the documents described below:

**STIPULATION TO EXTEND ADR DEADLINES AND TO CONTINUE DATE OF INITIAL CASE MANAGEMENT CONFERENCE; ORDER THEREON**

on the following party(ies) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

William S. Klein, Esq.
Robert A. Christopher, Esq.
Jack I. Siegal, Esq.
HOPKINS & CARLEY
P.O. Box 1469
San Jose, CA 95109-1469

[ X ]   (BY MAIL)   I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Jose, California.

[ ]   (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

[ ]   (BY FACSIMILE) I caused such document(s) to be transmitted by facsimile on this date to the office of the addressee(s).

[ ]   (BY FEDERAL EXPRESS/UPS OVERNIGHT MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the Federal Express/UPS pick up station at San Jose, California.

[ ]   (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[ X ]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **May 3, 2006**, at San Jose, California.

_____/s/_____
Judy Raineri