**E-filed 5/26/06**

1  William S. Klein, Esq. (SBN 121792)
   Robert A. Christopher (SBN 89035)
2  Jack I. Siegal (SBN 218088)
   HOPKINS & CARLEY
3  A Law Corporation
   The Letitia Building
4  70 South First Street
   San Jose, CA  95113-2406
5  jsiegal@hopkinscarely.com
   *mailing address:*
6  P.O. Box 1469
   San Jose, CA 95109-1469
7  Telephone:    (408) 286-9800
   Facsimile:     (408) 998-4790
8
   Attorneys for Plaintiff
9  GLASFORMS, INC., a California corporation

10 J. Michael Fitzsimmons, Esq. (SBN 132343)
   Lisa Jeong Cummins, Esq. (SBN 118087)
11 CAMPBELL, WARBURTON, FITZSIMMONS,
   SMITH, MENDELL & PASTORE
12 111 W. St. John Street, Suite 440
   San Jose, CA 95113
13 (408) 295-7701
   (408) 295-1423
14 lcummins@campbellwarburton.com

15 Attorneys for Defendant and Counterclaimant
   CTG INTERNATIONAL (NORTH AMERICA) INC.

16

UNITED STATES DISTRICT COURT

17
NORTHERN DISTRICT OF CALIFORNIA

18
SAN JOSE DIVISION

19

| | |
|---|---|
| GLASFORMS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>CTG INTERNATIONAL (NORTH AMERICA) INC., an Indiana Corporation; TAISHAN FIBERGLASS, INC., a corporation organized under the laws of the Republic of China,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | CASE NO.  C 06-00213 RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS** |

C:\Documents and Settings\ihernandez\Desktop\Stip and
Order Selection ADR. DOC000\464494.1

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

☐ Non-binding Arbitration (ADR L.R. 4)

☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)

■ **Mediation (ADR L.R. 6)**

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**

Private ADR (*please identify process and provider*) _____N/A_____

The parties agree to hold the ADR session by:

☐ the presumptive deadline (*The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.*)

■ **other requested deadline:** Plaintiff GLASFORMS, INC. believes that the case is ready for ADR (mediation) at this time, and therefore requests that the Court order the case to be mediated by the presumptive deadline. Defendant CTG INTERNATIONAL INC., however, believes that the case is not ready for ADR (mediation) at this time, and will not be ready until an as yet undetermined date in the future after sufficient discovery (including, but not limited to, international product inspections) has been conducted. It

is Defendant's position that it can neither fully evaluate the case nor participate meaningfully in any ADR process unless and until such discovery has been completed. Accordingly, Defendant respectfully requests that the Court not set any ADR deadline at this time. Rather, Defendant suggests that the Court schedule an ADR Status Conference to be held 60 days from the date of the order referring this case to ADR, at which time the Court can set a deadline for holding the mediation session.

Dated: May 23, 2006

Hopkins & Carley
A Law Corporation


__/s/_____
Jack Siegal, Esq.
Attorneys for Plaintiff
GLASFORMS, INC.


Dated: May 23, 2006

CAMPBELL, WARBURTON, FITZSIMMONS, SMITH MENDELL & PASTORE


__/s/_____
Lisa Cummins, Esq.
Attorneys for Defendant
CTG INTERNATIONAL INC.

///

///

///

///

///

///

C:\Documents and Settings\ihernandez\Desktop\Stip and Order Selection ADR. DOC000\464494.1

- 3 -

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

MEDIATION

Deadline for ADR session

    [X]  90 days from the date of this order.

    [ ]  ADR Status Conference (60 days from the date of this order).

          Date:_____

          Time:_____

          Courtroom:_____

    [ ]  other:

IT IS SO ORDERED.

Dated: 5/26/06

_____
UNITED STATES M~~AGISTRATE~~ JUDGE
DISTRICT

JEREMY FOGEL