William S. Klein, Bar No. 121792
Robert A. Christopher, Bar No. 89035
Jack I. Siegal, Bar No. 218088
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA 95113-2406
jsiegal@hopkinscarley.com

**mailing address:**
P.O. Box 1469
San Jose, CA 95109-1469
Telephone: (408) 286-9800
Facsimile: (408) 998-4790

Attorneys for Plaintiff
GLASFORMS, INC., a California corporation

\*\*E-filed 7/7/06\*\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GLASFORMS, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CTG INTERNATIONAL (NORTH AMERICA) INC., an Indiana corporation; TAISHAN FIBERGLASS, INC., a corporation organized under the laws of the People's Republic of China,<br><br>　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIM. | CASE NO. C 06-00213 JF<br><br>[~~PROPOSED~~] **ORDER REGARDING FIRST AMENDED COMPLAINT** |

|     |     |
| --- | --- |
| 1   | GOOD CAUSE APPEARING THEREFOR, |
| 2   | 1. The First Amended Complaint attached hereto as **Exhibit A** may be filed with the |
| 3   | Court and become the operative complaint in this action; |
| 4   | 2. That CTG need not file a responsive pleading to the First Amended Complaint and |
| 5   | its Answer and Counterclaim on file to the original complaint shall remain the operative |
| 6   | responsive pleading in this case. |
| 7   | IT IS SO ORDERED. |

Dated: July _7_, 2006

_____
United States District Court Judge
Jeremy Fogel

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

469850.1

[PROPOSED] ORDER REGARDING FIRST AMENDED COMPLAINT    C 06-00213 JF