**E-filed 7/7/06**

1  William S. Klein, Bar No. 121792
   Robert A. Christopher, Bar No. 89035
2  Jack I. Siegal, Bar No. 218088
   jsiegal@hopkinscarley.com
3  HOPKINS & CARLEY
   A Law Corporation
4  The Letitia Building
   70 South First Street
5  San Jose, CA 95113-2406

6  *mailing address:*
   P.O. Box 1469
7  San Jose, CA 95109-1469
   Telephone:  (408) 286-9800
8  Facsimile:  (408) 998-4790

9  Attorneys for Plaintiff
   GLASFORMS, INC., a California corporation
10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                          SAN JOSE DIVISION

14 | GLASFORMS, INC., a California corporation,       | CASE NO. C 06-00213 JF
15 |                                                   |
   |         Plaintiff,                                | **STIPULATION AND [PROPOSED]
16 |                                                   | ORDER REGARDING FIRST AMENDED
   |   v.                                              | COMPLAINT**
17 |
18 | CTG INTERNATIONAL (NORTH AMERICA) INC., an Indiana Corporation;
   | TAISHAN FIBERGLASS, INC., a
19 | corporation organized under the laws of the Republic of China,
20 |
   |         Defendants.
21 |
22 | AND RELATED COUNTERCLAIM.
23

24         WHEREAS, the undersigned parties are informed and believe that Taishan Fiberglass,

25 Inc. ("Taishan") is an entity organized under the laws of the People's Republic of China, and

26 whereas Taishan is an unserved defendant in this case;

27         WHEREAS, the current complaint on file lists Taishan as organized under the Republic of

28 China, also known as Taiwan;

1  WHEREAS, Glasforms, Inc. ("Glasforms") has drafted an amended complaint in order to correctly reflect that Taishan is a mainland Chinese, as opposed to a Taiwanese, company;

WHEREAS, the amendment to the complaint will also assist Glasforms in serving its complaint on Taishan through diplomatic channels via the Hague Convention; and

WHEREAS, defendant CTG International (North America), Inc. ("CTG") has no objections to the form of the amended complaint, nor to its filing;

THEREFORE, IT IS HEREBY STIPULATED by the parties that:

1. The First Amended Complaint attached hereto as **Exhibit A** may be filed with the Court and become the operative complaint in this action;

2. That CTG need not file a responsive pleading to the First Amended Complaint and its Answer and Counterclaim on file to the original complaint shall remain the operative responsive pleading in this case.

Dated: July 5, 2006

HOPKINS & CARLEY
A Law Corporation


By: _____/s/ Jack I. Siegal_____
Jack I. Siegal
Attorneys for Plaintiff
GLASFORMS, INC., a California corporation

Dated: July 5, 2006

CAMPBELL, WARBURTON,
FITZSIMMONS, SMITH, MENDELL &
PASTORE


By: _____/s/ Lisa Jeong Cummins_____
Lisa Jeong Cummins
Attorneys for Defendant and Counterclaimant
CTG INTERNATIONAL (NORTH AMERICA) INC.

*[Signatures Continue On Following Page]*

| | | |
|---|---|---|
| 1 | Dated: July 5, 2006 | BAKER & DANIELS LLP |
| 2 | | |
| 3 | | By: _____/s/ David K. Herzog_____ |
| 4 | | David K. Herzog, admitted *pro hac vice*<br>Attorneys for Defendant and<br>Counterclaimant |
| 5 | | CTG INTERNATIONAL (NORTH AMERICA) INC. |

**GOOD CAUSE APPEARING THEREFOR,**

1. The First Amended Complaint attached hereto as **Exhibit A** may be filed with the Court and become the operative complaint in this action;

2. That CTG need not file a responsive pleading to the First Amended Complaint and its Answer and Counterclaim on file to the original complaint shall remain the operative responsive pleading in this case.

IT IS SO ORDERED.

Dated: __7/7__, 2006

_____/s/_____
U.S. DISTRICT COURT JUDGE
Jeremy Fogel

1     PURSUANT TO GENERAL ORDER 45,

2       I, Jack Siegal, the ECF User transmitting and filing this Stipulation and [Proposed] Order Regarding First Amended Complaint, attest that I have obtained the concurrence of Lisa Jeong Cummins and David K. Herzog on this filing. I declare the foregoing under the penalty of perjury.

7     Dated: July 5, 2006

                                    HOPKINS & CARLEY
                                    A Law Corporation

                                    By:      /s/ Jack I. Siegal
                                          Jack I. Siegal
                                          Attorneys for Plaintiff
                                          GLASFORMS, INC., a California corporation